GEORGE D. HUBBARD ET AL. *v.* PLANNING COMMISSION OF THE TOWN OF RIDGEFIELD

The motion by the plaintiffs to dismiss the appeal from the Court of Common Pleas in Fairfield County is denied.

*Warren W. Eginton,* for the appellees (plaintiffs).

*J. Harold Merrick,* for the appellant (defendant).

Argued February 1—decided February 1, 1966

MARGUERITE L. NOWELL *v.* AMES NOWELL

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Edgar W. Bassick III,* for the appellee (plaintiff).

*John J. Sullivan,* for the appellant (defendant).

Argued February 1—decided February 1, 1966

MARGARET FARLOW *v.* THE ANDREWS CORPORATION ET AL.

The motion by the named defendant to strike certain of the plaintiff's assignments of error in the appeal from the Superior Court in Hartford County is denied.

*Snow G. Munford,* in support of the motion.

Submitted January 20—decided February 8, 1966